UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski,<br><br>Plaintiff,<br><br>vs.<br><br>THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION,<br><br>Defendants. | CASE NO: 2:19-cv-00013-JTM-APR |

**CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT**

Defendants, Health and Hospital Corporation of Marion County ("HHCMC") and Valparaiso Care and Rehabilitation ("Valpo Care"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully state as follows:

1. HHCMC is a municipal corporation and a political subdivision of the State of Indiana, created pursuant to Ind. Code § 16-22-8-1, *et seq*.

2. Valpo Care is an assumed business name for HHCMC.

RILEY BENNETT EGLOFF LLP

Laura K. Binford
Laura K. Binford
Atty. No. 15280-49A
Attorney for Defendants,
The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation

RILEY BENNETT EGLOFF LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN 46204
(317) 636-8000
(317) 636-8027 (Fax)
lbinford@rbelaw.com