UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski,<br><br>Plaintiff,<br><br>vs.<br><br>THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION,<br><br>Defendants. | CASE NO: 2:19-cv-00013-JTM-APR |

**CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT**

Defendant, American Senior Communities, LLC ("ASC"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submits the following Corporate and Business Entity Disclosure Statement, and states as follows:

1. ASC is a limited liability company organized under the laws of the State of Indiana and has no parent corporations.

2. No publicly held corporation owns a 10% or greater interest in ASC.

RILEY BENNETT EGLOFF LLP

Laura K. Binford

Laura K. Binford
Atty. No. 15280-49A
Attorney for Defendants,
The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation

RILEY BENNETT EGLOFF LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN 46204
(317) 636-8000
(317) 636-8027 (Fax)
lbinford@rbelaw.com