AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GORGI TALEVSKI
by next friend Ivanka Talevski
    Plaintiff
        v.           Civil Action No.  2:19-cv-13

HEALTH AND HOSPITAL
CORPORATION OF MARION COUNTY THE

AMERICAN SENIOR COMMUNITIES LLC

VALPARAISO CARE AND REHABILITATION
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

☒ Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by  Senior Judge James T. Moody  on  Defendants Motion to Dismiss for Failure to State a Claim.

DATE:   3/26/2020                  ROBERT TRGOVICH, CLERK OF COURT
                                                       by   /s/ S. Kowalsky
                                                         *Signature of Clerk or Deputy Clerk*