# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

July 27, 2021

Before
MICHAEL S. KANNE, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 20-1664 | GORGI TALEVSKI, by next friend IVANKA TALEVSKI,<br>Plaintiff - Appellant<br><br>v.<br><br>HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:19-cv-00013-JTM-APR<br>Northern District of Indiana, Hammond Division<br>District Judge James T. Moody | |

The judgment of the District Court is REVERSED, with costs, and the appeal is REMANDED for further proceedings consistent with the opinion.

The above is in accordance with the decision of this court entered on this date.