# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 2, 2021

To:  Gary T. Bell
UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond, IN 46320-0000

| No. 20-1664 | GORGI TALEVSKI, by next friend IVANKA TALEVSKI,<br>                     Plaintiff - Appellant<br><br>v.<br><br>HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, et al.,<br>                     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:19-cv-00013-JTM-APR<br>Northern District of Indiana, Hammond Division<br>District Judge James T. Moody ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                           No record to be returned

form name: **c7_Mandate**     (form ID: **135**)