IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend IVANKA TALEVSKI, </br></br> Plaintiff, </br></br> vs. </br></br> HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC, and VALPARAISO CARE AND REHABILITATION, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 2:19-CV-00013-JTM-APR |

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY WITNESS AND EXHIBIT LISTS**

This cause is now before the Court on both parties' Joint Motion for Extension of Time to File Preliminary Witness and Exhibits List, and the Court, being duly advised in the premises, now **GRANTS** said motion and **EXTENDS** the Preliminary Witness and Exhibit List deadline to up to and including **April 21st, 2022**.

Date: March 22nd, 2022

/s/ Andrew P. Rodovich
Judge, United States District Court
Northern District of Indiana\