UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:19-cv-00013-JTM-APR ) |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF CASE BY THE SUPREME COURT OF THE UNITED STATES**

Come now Defendants, The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation, by counsel, and respectfully move this Court to stay further proceedings in this Court pending disposition of the case by the Supreme Court of the United States and, in support thereof, show the Court as follows:

1. On May 2, 2022, the Supreme Court of the United States granted certiorari from the decision of the United States Court of Appeals for the Seventh Circuit in this case. Petition for Certiorari granted: Health & Hosp. Corp. of Marion Cnty. v. Talevski, 6 F.4th 713 (7th Cir. 2021), *cert. granted*, 2022 U.S. LEXIS 2242, *1, __ S.Ct. __, 2022 WL 1295706 (U.S. May 2, 2022) (No. 21-806).

2. The Supreme Court agreed to resolve two questions: (1) whether, in light of compelling historical evidence to the contrary, the Supreme Court should reexamine its holding

{02280106- }

that spending clause legislation gives rise to privately enforceable rights under 42 U.S.C. § 1983; and (2) whether, assuming spending clause statutes ever give rise to private rights enforceable via Section 1983, the Federal Nursing Home Amendments Act of 1987's transfer and medication rules do so.

3. If the Supreme Court resolves either of those questions in Defendants' favor, this Court's ruling dismissing the case will be affirmed, and there will be no need for further proceedings on the current complaint.

4. Because it would waste both the parties' and the Court's resources to go forward with discovery and other proceedings in a case that may well be finally resolved in the pending Supreme Court case, the interests of justice are best served by a stay of further proceedings in this Court pending the Supreme Court's disposition of the case.

5. The undersigned understands Plaintiff is not opposed to a stay of the district court proceedings and offered Plaintiff's counsel the opportunity to provide input in this Motion to Stay. As of the time of filing, no such input has been received.

WHEREFORE, Defendants, The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation, pray the Court stay further proceedings in this action pending the United States Supreme Court's disposition of <u>Health & Hosp. Corp. of Marion Cnty. v. Talevski</u>, Docket No. 21-806, and for all other relief just and proper in the premises.

        RILEY BENNETT EGLOFF LLP


        <u>s/Laura K. Binford</u>
        Laura K. Binford
        Atty. No. 15280-49A
        Jaclyn M. Flint
        Atty. No. 32589-49
        Attorneys for Defendants,
        The Health and Hospital Corporation of
        Marion County d/b/a Valparaiso Care
        and Rehabilitation and American Senior
        Communities, LLC

RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)
lbinford@rbelaw.com
jflint@rbelaw.com