UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IVANKA TALEVSKI, Authorized Representative of Gorgi Talevski, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION, <br><br> Defendants. | CASE NO. 2:19-cv-00013-JTM-APR |

**PLAINTIFF'S RESPONSE TO PENDING MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF THE MATTER BEFORE THE U.S. SUPREME COURT**

Come now the Plaintiff, Ivanka Talevski, Authorized Representative of Gorgi Talevski, Deceased, by counsel, Richard A. Cook, and files their response to Pending Motion To Stay Proceedings Pending Disposition of the Matter before the U.S. Supreme Court filed by Defendants, The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation and in support thereof, states the following:

1. On May 2nd, 2022, the Supreme Court of the United States granted *certiorari* from the decision of the United States Court of Appeals for the Seventh Circuit in this case. *Health & Hosp. Corp. of Marion Cnty. v. Talevski*, 6 F.4th 713, 2021 U.S. App. LEXIS 22184 (7th Cir. Ind., July 27, 2021), writ of *certiorari* granted, *Health & Hosp. Corp. of Marion Cnty. v. Talevski*, 2022 U.S. LEXIS 2242, *1, __ S. Ct. __, 2022 WL 1295706.

2. The Supreme Court agreed to resolve two questions: (1) whether, in light of compelling historical evidence to the contrary, the Supreme Court should reexamine its holding that spending clause legislation gives rise to privately enforceable rights under 42 U.S.C. § 1983; and (2) whether, assuming spending clause statutes ever give rise to private rights enforceable via Section 1983, the Federal Nursing Home Amendments Act of 1987's transfer and medication rules do so.

3. If the Supreme Court resolves either of those questions in Defendants' favor, this Court's ruling dismissing the case will be affirmed, and the parties will move forward with the litigation of this matter consistent with the instructions provided by the United States Supreme Court.

4. Plaintiff requests the current case management plan be vacated in total.

5. Once the U.S. Supreme Court rules, the Plaintiff requests this matter be set for a new case management conference to determine the future course of these proceedings consistent with any instructions provided by the U.S. Supreme Court.

6. In addition, the Plaintiff's pending Motion to Substitute should first be ruled upon by this Court prior to the grant of a stay so that the underlying proceedings are in accord with and conform to the proceedings in the U.S. Supreme Court.

7. This course of action will allow the matter to proceed in an orderly fashion and stay the need for any further proceedings until after the U.S. Supreme Court has ruled.

WHEREFORE, the Plaintiff, Ivanka Talevski, Authorized Representative of Gorgi Talevski, Deceased, prays the Court:

a) Rule upon the pending Motion to Substitute,

b) Vacate the current case management plan in total,

c) Stay further proceedings in this action pending the United States Supreme Court's disposition of *Health & Hosp. Corp. of Marion Cnty. v. Talevski*;

And for all other relief just and proper in the premises.

           YOSHA COOK & TISCH

           *Richard A. Cook*
           Richard A. Cook
           Atty. No. 3996-45
           *Attorney for Plaintiff, Ivanka Talevski, Authorized*
           *Representative of Gorgi Talevski, Deceased*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 16th day of May, 2022, via regular EFS and/or U.S. mail, postage prepaid upon the following:

| | |
|---|---|
| Susie Talevski<br>429 Hampshire Court<br>Valparaiso, IN 46385 | Jay Meisenhelder<br>JAY MEISENHELDER EMPLOYMENT &<br>CIVIL RIGHTS LEGAL SERVICES PC<br>650 N. Girls School Rd., Ste. D40<br>Indianapolis, IN 46214 |
| Jaclyn M. Flint<br>Laura K. Binford<br>RILEY BENNETT & EGLOFF LLP<br>500 N. Meridian St., Ste. 550<br>Indianapolis, IN 46204 | D. David Ezell<br>6655 Allisonville Rd.<br>Indianapolis, IN 46220 |

                                                    Richard A. Cook

YOSHA COOK & TISCH
9102 N. Meridian Street
Suite 535
Indianapolis, IN 46260
(317) 334-9200
(317) 566-3578 Fax
rcook@yoshalaw.com