UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:19-cv-00013-JTM-APR ) |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER ON PENDING MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF THE MATTER BEFORE THE U.S. SUPREME COURT

This cause is now before the Court on Defendants' Motion to Stay Proceedings Pending Disposition of Case by the Supreme Court of the United States and the Court, having considered said Motion, and being duly advised in the premises, now RULES as follows:

a) The Court GRANTS Plaintiff's Motion to Substitute;

b) The Court VACATES the current case management plan in total and will set a new Case Management Conference to determine the future course of these proceedings consistent with any instructions provided by the U.S. Supreme Court;

c) The Court STAYS all further proceedings in this action pending the United States Supreme Court's disposition of *Health & Hosp. Corp. of Marion Cnty. v. Talevski.*

IT IS, THEREFORE, SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____                    _____
                                                  Judge, U.S. District Court for the Northern
                                                  District of Indiana, Hammond Division

**Service to all counsel of record via CM/ECF.**