UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CASE NO. 2:19-cv-00013-JTM-APR |
| ) THE HEALTH AND HOSPITAL ) CORPORATION OF MARION ) COUNTY, AMERICAN SENIOR ) COMMUNITIES, LLC and ) VALPARAISO CARE AND ) REHABILITATION, ) ) Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF CASE BY THE SUPREME COURT OF THE UNITED STATES AND NOTICE OF AGREEMENT TO PLAINTIFF'S PROPOSED ORDER ON PENDING MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF THE MATTER BEFORE THE U.S. SUPREME COURT**

Come now Defendants, The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation, by counsel, and for their Reply in Support of Motion to Stay Proceedings Pending Disposition of Case by the Supreme Court of the United States and Notice of Agreement to Plaintiff's Proposed Order on Pending Motion to Stay Proceedings Pending Disposition of the Matter before the U.S. Supreme Court, show the Court as follows:

1.  On May 10, 2022, Defendants filed their Motion to Stay Proceedings Pending Disposition of Case by the Supreme Court of the United States. (Doc 41).

{02284107- }

2. Also, on May 10, 2022, Plaintiff filed a Suggestion of Death and Verified Motion for Substitution of a Party. (Doc 42).

3. On May 16, 2022, Plaintiff filed a Response to Pending Motion to Stay Proceedings Pending Disposition of the Matter before the U.S. Supreme Court (Doc 43), and Plaintiff contemporaneously submitted to the Court a proposed Order on Pending Motion to Stay Proceedings Pending Disposition of the Matter before the U.S. Supreme Court. (Doc 43-1).

4. Defendants are not opposed to Plaintiff's Suggestion of Death and Verified Motion for Substitution of a Party. (Doc 42).

5. Defendants are not opposed to Plaintiff's proposed Order on Pending Motion to Stay Proceedings Pending Disposition of the Matter before the U.S. Supreme Court (Doc 43-1) and agree that the substance of the proposed Order is appropriate in the circumstance.

WHEREFORE, Defendants, The Health and Hospital Corporation of Marion County, American Senior Communities, LLC and Valparaiso Care and Rehabilitation, pray the Court:

a) Rule upon the pending Motion to Substitute,

b) Vacate the current case management plan in total,

c) Stay further proceedings in this action pending the United States Supreme Court's disposition of <u>Health & Hosp. Corp. of Marion Cnty. v. Talevski</u>, Docket No. 21-806,

And for all other relief just and proper in the premises.

{02284107- }                                         2

RILEY BENNETT EGLOFF LLP

s/Laura K. Binford
Laura K. Binford
Atty. No. 15280-49A
Jaclyn M. Flint
Atty. No. 32589-49
Attorneys for Defendants,
The Health and Hospital Corporation of
Marion County d/b/a Valparaiso Care
and Rehabilitation and American Senior
Communities, LLC

RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN  46204
(317) 636-8000
(317) 636-8027 (Fax)
lbinford@rbelaw.com
jflint@rbelaw.com