UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GORGI TALEVSKI, by Next Friend Ivanka Talevski, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   CASE NO. 2:19-cv-00013-JTM-APR<br>) |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER**

This cause is now before the Court on Defendants' Motion to Stay Proceedings Pending Disposition of Case by the Supreme Court of the United States [DE 41] and on the Motion to Substitute [DE 42] and the Court, having considered said Motion, and being duly advised in the premises, now RULES as follows:

a) The Court **GRANTS** Plaintiff's Motion to Substitute [DE 42]. The Clerk is **DIRECTED** to substitute Ivanka Talevski, Authorized Representative of Gorgi Talevski, Deceased, as the Plaintiff in this case;

b) The Court **GRANTS** the Motion to Stay [DE 41]. This matter is **STAYED** pending the United States Supreme Court's disposition of *Health & Hosp. Corp. of Marion Cnty. v. Talevski*;

c) The Court **VACATES** the current case management plan in total and will set a new Case Management Conference to determine the future course of these proceedings consistent with any instructions provided by the U.S. Supreme Court.

IT IS, THEREFORE, SO ORDERED, ADJUDGED, AND DECREED.

Dated: May 18, 2022.    /s/ Andrew P. Rodovich
Judge, U.S. District Court for the Northern
District of Indiana, Hammond Division