# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| IVANKA TALEVSKI, Authorized Representative of GORGI TALEVSKI, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO: 2:19-cv-0013 ) |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY, AMERICAN SENIOR COMMUNITIES, LLC and VALPARAISO CARE AND REHABILITATION, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the court *sua sponte*. The telephonic status conference, seeking to resolve a discovery dispute, scheduled for July 19, 2024, at 9:30 a.m. (CST) is **CANCELED**. If the parties have a dispute that must be addressed by the court, the parties must file a request for an in person hearing or file a motion to compel discovery to resolve such matters.

ENTERED this 18th day of July, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge